UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER TERRY,<br><br>                              Plaintiff,<br><br>         -against-<br><br>CITY OF NEW YORK, *et al.*,<br><br>                              Defendants. | 20-CV-8373 (LLS)<br><br>ORDER OF DISMISSAL |

LOUIS L. STANTON, United States District Judge:

    Plaintiff Christopher Terry, proceeding *pro se* and *in forma pauperis*, was incarcerated in Rikers Island when he filed this complaint. By order dated October 16, 2020, the Court issued an order directing Plaintiff, within thirty days, to submit a declaration form confirming his intention to proceed with this case. That order specified that failure to comply would result in dismissal of the action. The Clerk of Court mailed a copy of the order to Plaintiff at the address on the docket, but on November 19, 2020, it was returned as undeliverable. Plaintiff has not updated his address or otherwise communicated with the Court. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   November 23, 2020
            New York, New York

                                                                                     *Louis L. Stanton*
                                                                               Louis L. Stanton
                                                                                  U.S.D.J.